CM/ECF hrg8
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Tiffany Yvette Sanders<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 26−14060−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North,
Aberdeen, MS 39730

on 11/17/26 at 10:30 AM

Responses Due: 11/13/26

to consider and act upon the following:

*6* − Motion to Extend Automatic Stay under 362(c)(3)(B) with Declaration Filed by Thomas C. Rollins Jr. on behalf of Tiffany Yvette Sanders. (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. If a copy of this motion is desired, it may be requested from the attorney for movant. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 10/30/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CAH
Deputy Clerk

United States Bankruptcy Court
Northern District of Mississippi

In re: Case No. 26-14060-SDM
Tiffany Yvette Sanders Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: hrg8 Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiffany Yvette Sanders, 541 Lone Oak Park, West Point, MS 39773-8066 |
| 4745818 | + | Community Choice, 7069 Hwy 45 Alt N, West Point, MS 39773-9442 |
| 4745823 | + | Vernon Morton, 252 Griffin St, West Point, MS 39773-2853 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4745816 | + | Email/Text: bankruptcynotices@aarons.com | Oct 31 2026 01:02:00 | Aaron's, 424 Hwy 12 W, Starkville, MS 39759-3635 |
| 4745817 | ^ | MEBN | Oct 31 2026 00:55:35 | Atlas Credit Card, 300 Coventry Road, Kensington, CA 94707-1214 |
| 4745819 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 31 2026 01:01:45 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4745820 | + | Email/Text: bankruptcynotices@current.com | Oct 31 2026 01:02:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 4745821 | | Email/Text: exeter@ebn.phinsolutions.com | Oct 31 2026 01:02:00 | Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 4745822 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 31 2026 01:02:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas C. Rollins, Jr. | on behalf of Debtor Tiffany Yvette Sanders trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3