**United States Bankruptcy Court**
Northern District of Mississippi

26-14060-SDM

2614060
THOMAS C ROLLINS, JR
P O BOX 13767

JACKSON, MS 39236

IN RE
TIFFANY YVETTE SANDERS
541 LONE OAK PARK

WEST POINT, MS 39773
SSN or Tax I.D. XXX-XX-7164

**ABD US Bankruptcy Court**
**703 Hwy 145 North**
**Aberdeen, MS 39730**

CLAIM NO: -Court-A ABD

***NOTICE OF CHANGE IN TIME OF 341A MEETING OF CREDITORS****

PLEASE BE ADVISED THAT DUE TO A NECESSARY CHANGE IN THE TRUSTEE'S SCHEDULE THE **TIME ONLY** OF THE 341A MEETING OF CREDITORS TO BE HELD ON THURSDAY, DECEMBER 3, 2026, HAS BEEN CHANGED FROM 11:30 A.M. TO 12:30 P.M. WE APOLOGIZE FOR ANY INCONVENIENCE CAUSED BY THIS NECESSARY CHANGE IN SCHEDULE. AGAIN, THE 341A MEETING OF CREDITORS WILL BE HELD **THURSDAY, 12/3/2026 AT 12:30 P.M.**

DATED: November 12, 2026 at Aberdeen, MS

BY THE COURT

Selene D. Maddox

# CERTIFICATE OF MAILING



CASE: 2614060 TRUSTEE: TV COURT: 387 
TASK: 11-11-2026.00648184.BLB000 DATED: 11/12/2026

| | | | |
|---|---|---|---|
| Court | | ABD US Bankruptcy Court | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Debtor | | TIFFANY YVETTE SANDERS | 541 LONE OAK PARK<br>WEST POINT, MS 39773 |
| 799 | 000002 | THOMAS C ROLLINS, JR | P O BOX 13767<br>JACKSON, MS 39236 |
| 005 | 000004 | Current<br>217 Centre St #180 | Attn: Bankruptcy<br>New York, NY 10013 |
| 008 | 000010 | U S ATTORNEY<br>900 JEFFERSON AVE | FOR STUDENT LOAN CORP<br>OXFORD, MS 38655 |
| 001 | 000011 | AARONS SALES & LEASE | 424 HWY 12 W<br>STARKVILLE, MS 39759 |
| 009 | 000012 | VERNON MORTON | 252 GRIFFIN STREET<br>WEST POINT, MS 39773 |
| 007 | 000009 | Nelnet | Po Box 82561<br>Lincoln, NE 68501 |
| 003 | 000007 | CCF OF MISSISSIPPI LLC<br>STE 100 | 2312 E TRINITY MILLS RD<br>CARROLLTON, TX 75006 |
| 006 | 000005 | Exeter Finance LLC | Po Box 166008<br>Irving, TX 75016 |
| 004 | 000008 | Credit One Bank | 6801 Cimarron Rd<br>Las Vegas, NV 89113 |
| 002 | 000006 | Atlas Credit Card | 300 Coventry Road<br>Kensington, CA 94707 |

12 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 11/12/2026.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 11/12/2026 BY /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail